## AFFIDAVIT IN SUPPORT OF COMPLAINT AND ARREST WARRANT

I, Special Agent Carlos M. Gonzalez-Bernard, Federal Bureau of Investigation (FBI), San Juan Division, being duly sworn, hereby depose and state that:

## BACKGROUND

1. I am a law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7), in that I am empowered by law to conduct investigations and to make arrests for federal felony and misdemeanor offenses.

2. I am a Special Agent with the Federal Bureau of Investigation (FBI), and have been since September 2017. From 2018 to 2020, I was assigned to the FBI New Orleans Gang Task Force where I participated in investigations involving drug trafficking and violent gangs. I am currently assigned to the FBI San Juan Safe Streets Task Force to work an assortment of criminal matters including the investigation of criminal enterprises, drug trafficking organizations, violent gangs and federal firearm offenses. In my experience, I have participated in a wide variety of investigations, which involved receiving and analyzing information, conducting interviews, collecting and processing physical and digital evidence, and preparing evidence for trial. During these investigations I have received and analyzed information, conducted interviews, collected and processed physical and digital evidence, and prepared evidence for trial. I have also received training on performing smart phone extractions and analysis.

3. Because this Affidavit is submitted for a limited purpose, I have not included details of every aspect of this investigation. I am thoroughly familiar with the information contained in this Affidavit, either through personal investigation or discussions with other law enforcement officers who have interviewed individuals or personally have obtained information, which they in turn have reported to me.

4.      Based on my training and experience and the facts set forth below in this affidavit, there is probable cause to believe Luis Omar Carrasquillo-Velazquez violated Title 18, United States Code, Section 922(o)(1).

## FACTS SUPPORTING PROBABLE CAUSE

5.      On June 13, 2021 at approximately 9:00 P.M., agents of the Carolina Police Department observed a green Toyota Corolla bearing license plate PR HLB736 with what appeared to be illegal tint traveling eastbound in PR-187. Agents Jean Carlos Bermudez-Medina and Ernesto Ramos-Maldonado initiated a traffic stop of the Toyota Corolla for the illegal tint violation. Luis Omar Carrasquillo-Velazquez ("Carrasquillo-Velazquez") was driving the Corolla, and Angelica Maria Fuentes ("Fuentes") and a child identified as Fuentes's son were passengers.

6.      After approaching the Corolla, Agent Ramos-Maldonado asked CarrasquilloVelazquez for his driver license and registration; Carrasquillo-Velazquez stated he did not have either.

7.      While Agent Ramos-Maldonado spoke with Carrasquillo-Velazquez, Agent Bermudez-Medina observed Fuentes trying to conceal what appeared to be a firearm from the agents by crossing her arms and concealing her waist. Agent Bermudez-Medina observed what appeared to be an extended magazine sticking out of Fuentes's waist and the shape of a handgun in her clothing. Agent Bermudez-Medina asked both Fuentes and Carrasquillo-Velazquez if either possessed a firearms license; Fuentes and Carrasquillo-Velazquez said they did not. Agent Bermudez-Medina then told Fuentes and Carrasquillo-Velazquez to raise their hands. After hearing this command, Fuentes stated "El arma no es mia, no es mia," which translates to "The weapon is not mine, is not mine."

8.      Agent Bermudez-Medina retrieved the handgun from Fuentes. The handgun is a modified black Glock 22, .40 caliber, with serial number VMD097, pictures of which are attached

as Attachment A. At the time of the traffic stop, the Glock 22 was loaded with one (1) .40 mm ammunition round in the chamber and seventeen (17) .40 mm ammunition rounds in a black Glock magazine. Additionally, Agent Bermudez-Medina saw a second black Glock magazine with nine (9) .40mmm ammunition rounds located in the cupholders between the front seats of the Corolla.

9. Agents Bermudez-Medina and Ramos-Maldonado placed Fuentes and Carrasquillo-Velazquez under arrest and transported both to the Loiza Police Station.

10. FBI San Juan Safe Street Task Force (SJSSTF) Task Force Officers (hereinafter referred to as TFO) Veronica Cruz-Castro and Julio Reyes conducted an interview of Carrasquillo-Velazquez. After signing a written waiver and acknowledgment of Miranda rights, CarrasquilloVelazquez admitted the modified black Glock 22, .40 caliber, serial number VMD097 belonged to him. Carrasquillo-Velazquez admitted he paid $1,300 for the Glock 22 approximately two weeks ago. Carrasquillo-Velazquez also admitted he had tested the Glock by firing fifteen rounds. During this test firing, Carrasquillo-Velazquez confirmed the Glock was capable of shooting automatically. Further, Carrasquillo-Velazquez admitted to knowing a "chip" in the back of the "chamber" modified a Glock to allow it to shoot automatically.

## CONCLUSION

11. Based upon my training, experience, and the above facts, I respectfully submit there is sufficient probable cause to show Carrasquillo-Velazquez committed a violation of Title 18, United States Code, Section 922(o)(1), unlawful possession of a machinegun.

I hereby declare, under penalty of perjury, that the information contained in this Affidavit is known to be true and correct to best of my knowledge.

Subscribed and sworn before me pursuant to FRCP 4.1 at 5:35 p.m. by telephone, this 14th day of June, 2021.

Carlos M. Gonzalez-Bernard
Special Agent
Federal Bureau of Investigation

*s/ Bruce J. McGiverin*
Bruce J. McGiverin
United States Magistrate Judge
District of Puerto Rico

## ATTACHMENT A

Photographs of the modified black Glock 22, .40 caliber, serial number VMD097, described in the Affidavit above.







